## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH PRITCHETT, #277934,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 12-0084-CG-B** |
| | ) | |
| **ROBERT BATES, <u>et al.</u>,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

This matter is before the court on the Report and Recommendation of the Magistrate Judge (Doc. 9) and plaintiff's Motion for Leave of Court to Amend Complaint and Objection to Report and Recommendation (Doc. 11).  Having considered the motion to amend complaint, it is hereby **GRANTED.**  However, even considering the additional allegations contained in the newly amended complaint, they do nothing to address the findings of the Magistrate Judge concerning judicial immunity as to defendant Judge Hardaway, and concerning the lack of a causal connection between any actions of defendant Sheriff Bates and the claims alleged in the amended complaint.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to he issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is

**ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action be and hereby is **DISMISSED** in its entirety, prior to service of process, pursuant to 28. U.S.C. § 1915(e)(2)(B)(i) and (ii).

   **DONE and ORDERED** this 22nd day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE